JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5382RBL |
| Plaintiff, | ) | |
| vs. | ) | |
| ALEJANDRO CHAVARRIA-ROMO, | ) | ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND EXTENDING PRETRIAL MOTIONS DEADLINE |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1     IT IS HEREBY ORDERED that the trial date in this case be continued to

2  **OCTOBER 11, 2005 at 9:30 a.m.**, with a Pretrial Motions Deadline of

3 August 15, 2005 , and a Pretrial Conference scheduled for OCTOBER 4, 2005 at 9:00

4 a.m.  The period of delay resulting from this continuance from July 5, 2005, to

5 October 11, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

6 §3161(h)(8)(A) and (B).

7     IT IS SO ORDERED this 28th day of June, 2005.

8                                     RONALD B. LEIGHTON

9                                     UNITED STATES DISTRICT JUDGE

10 Presented By:

11

12

/s/
13 Miriam F. Schwartz
Attorney for Defendant

14

15

16
/s/
17 Ronald J. Friedman
Assistant United States Attorney

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE     2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**